UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:21-CR-340 |
| | ) | |
| v. | ) | (Judge Mannion) |
| | ) | |
| JULIAN J. LEVONS, | ) | |
| | ) | |
| Defendant. | ) | (Electronically filed) |

OWNER OF RECORD:    JULIAN J. LEVONS AND TANYA R. LEVONS

PARCEL #:    05406786.000 & 05406787.000

## LIS PENDENS

NOTICE is hereby given that the United States of America filed an Indictment in the United States District Court for the Middle District of Pennsylvania, in the foregoing action. The United States of America is seeking to forfeit the real property located at **1508 Beachview Drive, Ocean Springs, Jackson County, Mississippi,** including all appurtenances thereto, the legal description for which is as follows:

> **Lots 10B and 10C, Block 173A, GULF PARK ESTATES SUBDIVION, UNIT 24,** according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Jackson County, Mississippi in Plat Book 5, at Page 1.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an Indictment.

Further information concerning this action reference may be obtained from the records of the Clerk of Court for the United States District Court for the Middle District of Pennsylvania, Federal Building, 235 N. Washington Ave, Scranton, PA 18503.

    Respectfully submitted,

    JOHN C. GURGANUS
    UNITED STATES ATTORNEY

By:    /s/ Sean A. Camoni
    Sean A. Camoni
    Assistant U.S. Attorney
    235 N. Washington Ave, Ste. 311
    Scranton, PA 18503
    Phone: 570-348-2800
    Fax:  570-348-2037
    sean.a.camoni@usdoj.gov