## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 3:21-CR-340 |
| v. | : |
| | :    (Mannion, J.) |
| JULIAN J. LEVONS, | : |
| Defendant | : |

## STIPULATION
### Interstate Wire Transmissions

The following stipulation is entered by the United States and defendant Julian J. Levons, through their respective undersigned counsel. It is hereby stipulated and agreed that:

1. The Economic Injury and Disaster Loan (EIDL) applications and wire transfer requests alleged in Counts 2 through 6 of the Indictment were transmitted by means of wire communications in interstate commerce; and

2. Specifically, it is hereby stipulated that the following writings, signals and sounds were transmitted by means of wire communications in interstate commerce:

> a. **Count 2**: On or about July 8, 2020, an EIDL application submitted from Monroe County, within the Middle District

1

of Pennsylvania, to the Small Business Administration
(SBA), via the internet and interstate wires;

b. **Count 3**: On or about July 10, 2020, an EIDL application
submitted from Monroe County, within the Middle District
of Pennsylvania, to the SBA, via the internet and interstate
wires;

c. **Count 4**: On or about July 13, 2020, an EIDL application
submitted from Monroe County, within the Middle District
of Pennsylvania, to the SBA, via the internet and interstate
wires;

d. **Count 5**: On or about July 21, 2020, a phone call from
Monroe County, within the Middle District of Pennsylvania,
to Navy Federal Credit Union in Vienna, Virginia, to initiate
a wire transfer of $44,666.55; and

e. **Count 6**: On or about July 24, 2020, a phone call from
Monroe County, within the Middle District of Pennsylvania,
to Navy Federal Credit Union in Vienna, Virginia, to initiate
a wire transfer of $150,000.

Date: MAY 20, 2022

BERNARD BROWN, ESQ.
Counsel for Defendant
Julian J. Levons

Date: 5/20/22

JOHN C. GURGANUS
United States Attorney

By: _____

PHILLIP J. CARABALLO
Assistant United States Attorney

3