UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 3:21-CR-340 |
| v. : | |
| : | (Mannion, J.) |
| JULIAN J. LEVONS, : | |
| Defendant : | |

## STIPULATION
### Internet Protocol Address

The following stipulation is entered by the United States and defendant Julian J. Levons, through their respective undersigned counsel. It is hereby stipulated and agreed that:

1. Between on or about July 8, 2020, through on or about July 13, 2020, the Internet Protocol address 50.29.141.100 was issued by telecommunications provider PenTeleData to subscriber Julian J. Levons, at the address 156 Alpine Road, Henryville, Pennsylvania 18332, within the Middle District of Pennsylvania.

Date: May 20, 2022

BERNARD BROWN, ESQ.
Counsel for Defendant
Julian J. Levons

1

Date: 5/20/22

JOHN C. GURGANUS
United States Attorney

By: *[signature]*

PHILLIP J. CARABALLO
Assistant United States Attorney