UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:21-CR-340 |
| v. : | |
| : | (Mannion, J.) |
| JULIAN J. LEVONS, : | |
| Defendant : | |

## STIPULATION
### Financial Institutions

The following stipulation is entered by the United States and defendant Julian J. Levons, through his undersigned counsel.  It is hereby stipulated and agreed that, at times material to the Indictment:

1. Navy Federal Credit Union, identified in the Indictment as Bank #1, was a federal credit union headquartered in Vienna, Virginia, and was engaged in interstate commerce;

2. USAA, identified in the Indictment as Bank #3, was a financial institution headquartered in San Antonio, and was engaged in interstate commerce; and

3. Bank of America, identified in the Indictment as Bank #3, was a financial institution headquartered in Charlotte, North Carolina, and was engaged in interstate commerce.

1

Date: 5/27/2022

*[signature]*
BERNARD BROWN, ESQ.
Counsel for Defendant
Julian J. Levons

Date: 5/27/22

JOHN C. GURGANUS
United States Attorney

By: *[signature]*
PHILLIP J. CARABALLO
Assistant United States Attorney