UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:21-CR-340 |
| v. | : | |
| | : | (Mannion, J.) |
| JULIAN J. LEVONS, | : | |
| Defendant | : | |

## STIPULATION
### Business Records, Chain of Custody, and Authenticity of Exhibits

The following stipulation is entered by the United States and defendant Julian J. Levons, through their respective undersigned counsel.   It is hereby stipulated and agreed that:

1.   The exhibits listed below are business records of the respective listed entities.   The records were made at or near the time of the activity they reflect by, or from information transmitted by, someone with knowledge.   The records were kept in the course of the regularly conducted activity of the respective listed individual and entities.   Making the records was a regular practice of that activity.

2.   The chain of custody of the exhibits listed below has been properly maintained.   The parties further stipulate and agree to the authenticity of the exhibits listed below.

1

3.    This stipulation applies to the following exhibits:

**A. Small Business Administration Records:**
- Government's Exhibits 1.1 through 1.14
- Government's Exhibits 2.1 through 2.14
- Government's Exhibits 3.1 through 3.7
- Government's Exhibits 4.1 through 4.7
- Government's Exhibits 14.1 through 14.3, and 14.8 through 14.10

**B. Navy Federal Credit Union Records:** Government's Exhibits 5.1 through 5.7

**C. USAA Records:** Government's Exhibits 6.1 through 6.3

**D. Bank of America Records:** Government's Exhibits 7.1 through 7.6

**E. PenTeleData Records:** Government's Exhibit 9.1

**F. AT&T Records:** Government's Exhibits 9.2 through 9.7

4.    For the exhibits listed below, the parties stipulate and agree to the authenticity of the exhibits, and that the chain of custody of the exhibits has been properly maintained.

5.    This stipulation applies to Government's Exhibits 8.1 through 8.29, 10.1 through 10.6, and 11.1 through 11.4

Date: 5/30/2022

BERNARD BROWN, ESQ.
Counsel for Defendant
Julian J. Levons

2

Date: 5/31/22

JOHN C. GURGANUS
United States Attorney

By: _____

PHILLIP J. CARABALLO
Assistant United States Attorney